UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § **v.** § § **STANLEY LAW, PC,** a Texas Professional § Corporation § § **Defendant.** § § | **EP-23-CV-0250-DG** |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certifies that on October 3, 2023, a true and correct copy of the following was emailed to all counsel of record to all parties in accordance with the Federal Rules of Civil Procedure Rule:

1) Plaintiff's Requests for Admissions Propounded Upon Defendant Stanley Law, PC.

2) Plaintiff's First Set of Interrogatories Propounded Upon Defendant Stanley Law, PC.

3) Plaintiff's Request for Production of Documents Propounded upon Defendant Stanley Law, PC.

4) Plaintiff's Initial Disclosures.

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of October 2023, a copy of the foregoing was sent to Defendant's counsel via electronic mail as described below.

**Michael J. Stanley**

**Stanley Law, P.C.**
230 Westcott, Suite 120
Houston, TX 77007
713-980-4381 Direct
713-980-1179 Fax
mstanley@stanleylaw.com

_/s/ Erik Salaiz_

Plaintiff, Pro se